HORACE DODD, *Administrator, etc., Appellant, v.* JOSEPH NEILSON, *Administrator, etc.*

GEORGE H. SMITH, *Purchaser, Respondent.* — Order denying motion reversed, with ten dollars costs and disbursements, and motion granted, with costs. Opinion by BARNARD, P. J.